AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

FILED
OCT 21 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

V.   Case Number: 1:09mj709

**Ali Mohamed**
Defendant.

Defendant's Attorney:
Pro Se

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count(s) THREE (3).

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 32 CFR 634.25(f), adopting Title 46.2, Code of VA, Section 878 | Speeding 40/25 | Petty | 8/12/09 | 3 |

On motion of the United States, the court has dismissed Count(s) 1 and 2.

As pronounced on October 19, 2009, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 21st day of October 2009.

/s/
Ivan D. Davis
United States Magistrate Judge

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case   Page 2 of 3
Sheet 5 - Criminal Monetary Penalties

---

Defendant's Name: **Ali Mohamed**
Case Number: 1:09mj709

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 3 | $10.00 | $125.00 | $0.00 |
| **TOTALS:** | **$10.00** | **$125.00** | **$0.00** |

**Defendant's Name:**     Ali Mohamed
**Case Number:**          1:09mj709

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be paid within 30 days.

The fine shall be paid within 30 days.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment or fine by the United States.